UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

CEDRIC DEVON RICE,

     **INDICTMENT**

    Defendant.

_____/

The Grand Jury charges:

**Felon in Possession of Firearms and Ammunition**

On or about December 6, 2022, in Kent County, in the Southern Division of the Western District of Michigan,

CEDRIC DEVON RICE,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed one or more of the following that were in and affecting commerce:

1. loaded Taurus, Model PT111 G2A, 9mm pistol (serial number ABJ927265),
2. loaded GLOCK, Model 48, 9mm pistol (serial number BDWU083),
3. loaded Smith & Wesson, Model M&P 15, .223 Rifle (serial number TM32559), and
4. approximately 66 rounds of assorted 9mm and .223 ammunition,

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

## FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment, the defendant,

CEDRIC DEVON RICE,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the offense, including, but not limited to:

1. loaded Taurus, Model PT111 G2A, 9mm pistol (serial number ABJ927265),
2. loaded GLOCK, Model 48, 9mm pistol (serial number BDWU083),
3. loaded Smith & Wesson, Model M&P 15, .223 Rifle (serial number TM32559), and
4. approximately 66 rounds of assorted 9mm and .223 ammunition,
5. plastic Glock-brand 9mm magazine, and
6. metal 9mm magazine.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DANIEL Y. MEKARU
Assistant United States Attorney